UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD MCCLAIN,<br><br>    Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>ORDER |

Clifford McClain's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on his motion or extension of time to file a response to respondents' motion to dismiss (ECF No. 18). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to respond to respondents' motion to dismiss (ECF No. 18) is **GRANTED**. Petitioner shall file his response within **sixty (60) days** of the date of this order.

DATED: February 20, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1