UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD MCCLAIN,<br><br>             Petitioner,<br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>             Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>ORDER |

Clifford McClain's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is before the court on his first motion or extension of time to file a response to respondents' motion to dismiss (ECF No. 31). Good cause appearing, the motion shall be granted. Petitioner is expressly advised that, absent extraordinary circumstances, the court is highly unlikely to grant any further extensions of time.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time to respond to respondents' motion to dismiss (ECF No. 31) is **GRANTED**. Petitioner shall file his response within **60 days** of the date of this order.

DATED: <u>October15, 2018.</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE