UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CLIFFORD MCCLAIN, | Case No. 2:17-cv-00753-RFB-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Before the Court are Clifford McClain's unopposed Motions for Extension of Time to File an Amended Petition or Move to Stay his habeas corpus petition filed pursuant to 28 U.S.C. § 2254 (ECF Nos. 41, 42, 43, 44). Good cause appearing,

**IT IS ORDERED** that Petitioner's first, second, and third Motions for Extension of Time (ECF Nos. 41, 42, 43) are **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that Petitioner's fourth Motion for Extension of Time (ECF No. 44) is **GRANTED**. Petitioner shall file his Third Amended Petition or Motion to Stay on or before June 5, 2020.

DATED: 7 April 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1