UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD MCCLAIN,<br><br>                          Petitioner,<br>      v.<br>BRIAN WILLIAMS, et al.,<br><br>                         Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>ORDER |

This 28 U.S.C. § 2254 habeas corpus matter is before the court on petitioner Clifford McClain's unopposed motion for extension of time to file an opposition to the motion to dismiss (ECF No. 59). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 59) is **GRANTED**. Petitioner will file his opposition to the motion to dismiss on or before May 21, 2021.

DATED: 6 April 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE