Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Clifford McClain

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Clifford McClain,

               Petitioner,

       v.

Brian Williams, Warden, *et al.*,

               Respondents.

Case No. 2:17-cv-00753-RFB-NJK

**Unopposed Motion for an Extension of Time in which to file Opposition to Motion to Dismiss**

**(Second request)**

Petitioner Clifford McClain ("Mr. McClain") moves for an extension of time of forty-five (45) days, up to and including Monday July 5, 2021, to file an opposition to Respondents' motion to dismiss. Respondents do not oppose this request.

1.    On July 9, 2019, this Court appointed the Federal Public Defender, District of Nevada to Mr. McClain's case. ECF No. 39.[1] Undersigned counsel filed Mr. McClain's Third Amended Petition for a Writ of Habeas Corpus on June 12, 2020. ECF No. 48. On February 3, 2021, Respondents filed a Motion to Dismiss. ECF No. 58. Counsel requested a sixty (60) day extension for file his opposition, which was granted by this Court.  ECF No. 37. For those reasons detailed below, counsel seeks an additional forty-five (45) day extension. Counsel does not anticipate he will request any further extensions of time.

2.    A second extension of time to file Mr. McClain's opposition is merited on account of various filing deadlines undersigned counsel recently had to meet.

3.    Since being served with Mr. McClain's motion to dismiss, undersigned counsel has had to draft and file, on April 19, 2021, an opening brief with the Ninth Circuit in the matter of *Sempier v. Baker, et al.*, 20-17249 (9th Cir.). In addition, counsel has had to investigate and prepare claims for an amended petition filed on May 17, 2021 in the out-of-state capital habeas matter of *Maury v. Martel*, 12-cv-01043-WBS (E.D. Cal.). Similarly, counsel has had to investigate and prepare claims for an amended petition due July 1, 2021 in the capital habeas matter of *Biela v. Gittere, et al.*, 20-cv-00026-GMN (D. Nev.). Finally, counsel has had to prepare various pre-trial motions in the out-of-district federal capital trial case *United States v. Schlesinger*, 18-cr-02719-RCC-BGM (D. Ariz.), including a one hundred fifty (150)

---

[1] The appointment followed this Court entering an Order granting in part the Respondents' motion to dismiss Mr. McClain's second amended, proper person petition for habeas relief. ECF No. 39.

page motion challenging the Federal Death Penalty Act (FDPA), which was filed on May 4, 2021.

4.    Finally, the present request for an extension is unopposed.  On May 21, 2021, counsel for Petitioner contacted Deputy Attorney Charles A. Finlayson via email concerning this request for an extension of time. Mr. Finlayson has no objection to the request.

5.    This requested extension will permit counsel time to properly address the Respondents' motion. The request is not made for the purposes of delay, but rather in the interests of justice. Counsel does not anticipate any further extensions will be needed.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file Mr. McClain's Opposition to Motion to Dismiss to Monday July 5, 2021.

Dated March 22, 2021

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Court

DATED this 24th day of May, 2021.

3