Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Clifford McClain

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Clifford McClain,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, Warden, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>**Unopposed Motion for an Extension of Time in which to file Reply to Respondents' Answer**<br><br>**(First request)** |

Petitioner Clifford McClain ("Mr. McClain") moves for an extension of time of sixty-one (61) days, up to and including Monday April 4, 2022, to file his reply to Respondents' answer to his petition for habeas relief. Respondents do not oppose this request.

1. On July 9, 2019, this Court appointed the Federal Public Defender, District of Nevada to Mr. McClain's case. ECF No. 39.[1] Undersigned counsel filed Mr. McClain's Third Amended Petition for a Writ of Habeas Corpus on June 12, 2020. ECF No. 48. Respondents filed their answer to Mr. McClain's petition on January 3, 2022. ECF No. 77. Mr. McClain now seeks a sixty-one-day (61) extension of time to file his reply.

2. An extension of time is merited on account of numerous filing deadlines and commitments undersigned counsel recently had to meet. Specifically, since January 3, 2022, counsel has had to invest a considerable amount of time drafting a reply due in February of 2022 in the capital habeas case *Hernandez v. Gittere et al.*, 09-cv-00545-LRH (D. Nev.). In addition, counsel had to draft an opposition to a motion to dismiss filed on January 18, 2022 in the non-capital habeas matter of *Bautista v. Garrett et al.*, 20-cv-00403-LRH (D. Nev.). Counsel likewise had to draft and, on January 10, 2022, file an opposition to a motion to dismiss in the non-capital habeas matter of *Smith v. Garrett et al.*, 20-cv-01108-JAD (D. Nev.). Finally, counsel had to draft a petition for rehearing due with the Ninth Circuit on February 9, 2022 in the non-capital matter of *Sempier v. Baker, et al.*, 20-17249 (9th Cir.).

3. Going forward, undersigned counsel has numerous deadlines, which further compel the present request for an extension of time. Specifically, counsel needs to finalize his reply in the above-referenced *Hernandez* matter. In addition, on

---

[1] The appointment followed this Court entering an Order granting in part the Respondents' motion to dismiss Mr. McClain's second amended, proper person petition for habeas relief. ECF No. 39.

1   March 4, 2022, counsel will need to file an opening brief with the Ninth Circuit in the
2   non-capital habeas matter of *Brown v. Williams, et al.*, 11-cv-01058-JCM (D. Nev.).
3   Further, on March 29, 2022, counsel will need to file a reply with this Court in the
4   non-capital habeas matter of *Zanini v. Baker, et al.,* 18-cv-00336-MMD (D. Nev.).  The
5   above-duties and responsibilities are in addition to counsel's busy caseload handling
6   both non-capital and capital habeas matters currently pending in Nevada and out-of-
7   state district courts for which he is carrying on various investigations and research
8   and writing assignments.

   4. Finally, the present request for an extension is unopposed.  On February 2, 2022, counsel for Petitioner contacted Deputy Attorney Charles A. Finlayson via email concerning this request for an extension of time. Mr. Finlayson has no objection to the request.

   5. This requested extension will permit counsel time to properly address the Respondents' answer. The request is not made for the purposes of delay, but rather in the interests of justice.

   WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time so that Mr. McClain can file his reply by Monday April 4, 2022.

Dated February 2, 2022

                                        Respectfully submitted,

                                        Rene L. Valladares
                                        Federal Public Defender

                                        */s/ Martin L. Novillo*
                                        Martin L. Novillo
                                        Assistant Federal Public Defender


                                        IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
**United States District Court**

DATED this 3rd day of February, 2022.