Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Clifford McClain

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Clifford McClain,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, Warden, *et al.*,<br><br>　　　　Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>**Unopposed Motion for an Extension of Time in which to file Reply to Respondents' Answer**<br><br>**(Third request)** |

Petitioner Clifford McClain ("Mr. McClain") moves for an extension of time of forty-five days (45), up to and including Monday, July 18, 2022, to file his reply to Respondents' answer to his petition for habeas relief. Respondents do not oppose this request.

On July 9, 2019, this Court appointed the Federal Public Defender, District of Nevada to Mr. McClain's case. ECF No. 39.[1] Undersigned counsel filed Mr. McClain's Third Amended Petition for a Writ of Habeas Corpus on June 12, 2020. ECF No. 48. Respondents filed their answer to Mr. McClain's petition on January 3, 2022. ECF No. 77. On February 4, 2022, ECF No. 78, and again on April 7, 2022, ECF No. 81, this Court granted undersigned counsel's requests for extension of time to file Mr. McClain's Reply to Respondents' Answer. For the reasons detailed below, counsel now seeks an additional forty-five (45) day extension to file the pleading. Respondents do not oppose counsel's request.

An extension of time is merited on account of numerous filing deadlines and commitments undersigned counsel recently had to meet. Specifically, undersigned counsel had to draft a Reply in the capital habeas matter *Hernandez v. Gittere et al.*, 09-cv-00545-LRH (D. Nev.). The pleading was approximately 418 pages long and was ultimately filed with this Court on May 4, 2022. In addition, counsel had to draft an Opposition to a Motion to Dismiss and a Motion for Discovery in the capital habeas matter *Biela v. Gittere, et al.*, CR08-2605 (2nd J.D. Nev.). The opposition was approximately 150 pages long and was filed on May 26, 2022 with the Second Judicial District Court of the State of Nevada.

In addition to the above-responsibilities, counsel will need to meet several deadlines in the coming weeks that render a forty-five (45) day extension necessary.

---

[1] The appointment followed this Court entering an Order granting in part the Respondents' motion to dismiss Mr. McClain's second amended, proper person petition for habeas relief. ECF No. 39.

Specifically, counsel will need to draft a Reply in the non-capital habeas matter of *Zanini v. Baker, et al.,* 18-cv-00336-MMD (D. Nev.), due on June 20, 2022. Drafting the Reply, which counsel anticipates will be approximately 100 pages long, has proven particularly time-consuming on account of the number of claims counsel has to address as well as their complexity. In addition, counsel will need to draft an Opening Brief due June 24, 2022 with the Ninth Circuit Court of Appeals in the non-capital habeas matter *Robert Berry, Jr. v. Kyle Olsen, et al.*, 21-16943 (9th Cir.).

The above-duties and responsibilities are in addition to counsel's busy caseload handling both non-capital and capital habeas matters currently pending in Nevada and out-of-state district courts for which he is carrying on various investigations and research and writing assignments.

Finally, the present request for an extension of time is unopposed. On June 3, 2022, counsel for Petitioner contacted Deputy Attorney Charles A. Finlayson via email concerning this request for an extension of time. Mr. Finlayson has no objection to the request. The extension of time will permit counsel time to properly address the Respondents' answer. The request is not made for the purposes of delay, but rather in the interests of justice.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time so that Mr. McClain can file his reply by Monday July 18, 2022.

Dated June 3, 2022.

                                  Respectfully submitted,

                                  Rene L. Valladares
                                  Federal Public Defender

                                  */s/Martin L. Novillo*
                                  Martin L. Novillo
                                  Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

Dated: June 7, 2022