UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD MCCLAIN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus petitioner Clifford McClain seeks an extension of time to file a reply in support of his petition. (ECF No. 84). The court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that petitioner's unopposed fourth motion for extension of time to file a reply in support of his petition (ECF No. 84) is **GRANTED**. **The deadline to file the reply is extended to August 17, 2022.**

DATED: 19 July 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE