UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD MCCLAIN,<br><br>            Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>           Respondents. | Case No. 2:17-cv-00753-RFB-NJK<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus petitioner Clifford McClain seeks a 5-day extension of time to file a reply in support of his petition. (ECF No. 86). Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed fifth motion for extension of time to file a reply in support of his petition (ECF No. 86) is **GRANTED**. **The deadline to file the reply is extended to August 22, 2022.**

DATED: 18 August 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE